1  DENNIS M. COTA, Bar No. 127992
   dcota@cotalawfirm.com
2  DANIEL S. ROBERTS, Bar No. 205535
   droberts@cotalawfirm.com
3  COTA COLE & HUBER LLP
   3401 Centrelake Drive, Suite 670
4  Ontario, CA  91761
   Telephone:   (909) 230-4209
5  Facsimile:   (909) 937-2034

6  Attorneys for Defendants
   CITY OF ONTARIO, Police Chief BRAD
7  KAYLOR, ZACH McWATERS, SCOTT
   SHAFFER, and MICHAEL MORA
8

9

10                UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RAUL HERRERA III and JOE HERRERA,<br><br>         Plaintiffs,<br><br>   v.<br><br>CITY OF ONTARIO, et al.,<br><br>         Defendants. | Case No. 5:17-CV-00082 SP<br>Hon. Sheri Pym<br><br>SUPPLEMENTAL STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE<br><br>[Direct Assignment Program] |

{DSR/00054000. }

Defendants Zach McWaters, Scott Shaffer, and Michael Mora, having been added as parties to this case via Plaintiff's First Amended Complaint only after the other parties to the case had already filed their Statement of Consent to Proceed Before a United States Magistrate Judge (Docket No. 6), hereby do each consent pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b) to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. These defendants acknowledge that they are free to withhold consent without adverse substantive consequences, and affirm their consent to have Judge Sheri Pym conduct all further proceedings in this case.

Dated: September 20, 2017          COTA COLE & HUBER LLP

By: **/s/ Daniel S. Roberts**
Dennis M. Cota
Daniel S. Roberts
Attorneys for Defendants
CITY OF ONTARIO, Police Chief
BRAD KAYLOR, ZACH McWATERS,
SCOTT SHAFFER, and MICHAEL
MORA

{DSR/00054000. }